RECEIVED
BY MAIL

APR 2 4 2019

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Plaintiff(s),

vs.   *Jessica Monique Rowell*   Case No. _19 – cv – 1108 (SRN/DTS)_
(To be assigned by Clerk of District Court)

*Judge Leonardo Castro*

**DEMAND FOR JURY TRIAL**

YES [X]   NO [ ]

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit.  Please attach additional sheets
if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

   a. Plaintiff

   Name   *Jessica Monique Rowell  82177*

   Street Address   *100 freeman drive*

   County, City   *Saint peter*

   State & Zip Code   *minnesota 56082*

   Telephone Number   *507-985-2200*

SCANNED

APR 2 5 2019

U.S. DISTRICT COURT ST. PAUL

2. List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a.  Defendant No. 1

Name  Judge Leonardo Castro

Street Address

County, City               N/A

State & Zip Code

b.  Defendant No. 2

Name

Street Address

County, City

State & Zip Code

c.  Defendant No. 3

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:☐**
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Question        ☐ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

Amendment 8, 13

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:                   State of Citizenship:

Defendant No. 1:                  State of Citizenship:

Defendant No. 2:                  State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☐

6.  What is the basis for venue in the District of Minnesota? *(check all that apply)*

☒ Defendant(s) reside in Minnesota   ☒ Facts alleged below primarily occurred in Minnesota
☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7.  Please write each single set of circumstances in a
separately numbered paragraph.

7. Castro violated me by put and keeping me on dangerous medication.
I have a plate in my right ankle from taking ditteren Six medications.
I have never had week bones until the medication.

8. Then he wouldn't let me sit in for his Judgement, also All of my
Paper work is fornicated.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the**
**paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any,
you are seeking. I would like for the Court to favor me, and grant
me a ~~~~ relief of damage of $933,820. for damagery
my ligaments. and my bones, there weak, but I'm not dead
Yet.

4

Signed this *22*      day of _*April 19*_

Signature of Plaintiff

Mailing Address

*100  freemon drive*
*Saint peter, mn 56082*

Telephone Number

*507-985-2200*

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.